1086

UNITED STATES of America, Appellant, v.
Selmer J. BRACKEY.

No. 9112.

Circuit Court of Appeals, Eighth Circuit.
Jan. 26, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

Goldman & Daley, of Kansas City., Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v.
Carl D. COLLINGSWORTH.

No. 9126.

Circuit Court of Appeals, Eighth Circuit.
Feb. 13, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

Lawrence E. Goldman, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellant and consent of appellee, without costs to either party in this court.

UNITED STATES v. Horton HOMERATHA
et al.

No. 319.

Circuit Court of Appeals, Tenth Circuit.
Jan. 13, 1931.

For opinion below, see 40 F.(2d) 305.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Harry O. Glasser, of Enid, Okl., for appellees.

Before LEWIS, and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed January 13, 1931, per stipulation.

UNITED STATES of America, Appellant, v.
Clifford MELTON.

No. 9109.

Circuit Court of Appeals, Eighth Circuit.
Jan. 22, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo., for appellant.

Moore & Moore, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court on motion of appellant and consent of appellee.

VIKING PUMP CO., Appellant, v. PERFECTION MANUFACTURING CO.

No. 9125.

Circuit Court of Appeals, Eighth Circuit.
Feb. 13, 1931.

F. A. Whiteley, of Minneapolis, Minn., for appellant.

Frank D. Merchant, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellee, under Rule 16.